**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6633**

KIRK L. ANDERSON,

              Plaintiff - Appellant,

        v.

COMMONWEALTH OF VIRGINIA,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.    John A. Gibney, Jr., District Judge.  (3:15-cv-00466-JAG-RCY)

Submitted:  October 18, 2016        Decided:  October 20, 2016

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kirk L. Anderson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kirk L. Anderson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint for failing to comply with a court order. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Anderson's informal brief does not challenge the basis for the district court's disposition, Anderson has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED